# JUDGE NOTES/MINUTE ENTRY
## SHREVEPORT
### Date: 11/10/2009 at 1:30 PM

<u>08-12691 Genice R. Bossett</u>  *A*

Chapter: 13

Paul M. Cooke representing Genice R. Bossett (Debtor) *Purnell P*

Lucy G. Sikes (Ch 13 Trustee) (Trustee) *Ingram P*

| Filing Date | # | Docket Text |
|---|---|---|
| 10/16/2009 | 28 | Motion for Relief from Stay . Fee Amount Due $150,, or in the alternative Motion for Adequate Protection and/or Conditional Use of Collateral *8868 Bernay Dr., Shreveport, LA 71118 with Certificate of Service* Filed by Cris R. Jackson on behalf of U.S. Bank, N.A. (Attachments: # (1) Exhibit Note & Mortgage# (2) Exhibit Ledger) (Jackson, Cris) *A* |
| 11/02/2009 | 30 | Response to (Re: [28] Motion Relief From Stay, Motion for Adequate Protection and or Conditional Use of Collateral) *with Certificate of Service*. Filed by Jennifer L. Purnell on behalf of Genice R. Bossett (Purnell, Jennifer) |

*JUDGE NOTES*: _____

_____

_____

_____

_____

_____

_____

_____

_____ Continued to _____ at _____.
_____ Stay lifted.
__X__ Adequate protection granted.
_____ Motion denied.
_____ Motion withdrawn.
__X__ Order ~~signed~~ *Jackson*.